```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHNED FLAIFEL,

                          Plaintiff,

-against-

NEW YORK CITY, et al.,

                          Defendants.

24-CV-06838 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      The Initial Pretrial Conference scheduled for November 21, 2024 is HEREBY ADJOURNED *sine die*. The parties are HEREBY ORDERED to submit a joint letter **by no later than December 13, 2024**, setting forth proposed briefing schedules for the two pending motions: Plaintiff's motion for a preliminary injunction, *see* Dkt. No. 4, and Defendants' motion to dismiss, *see* Dkt. No. 16.[1] Should the parties be unable to agree on proposed briefing schedules, they shall set forth their respective positions in the joint letter.

Dated: November 20, 2024
       New York, New York

                                                    SO ORDERED.

                                                    MARGARET M. GARNETT
                                                    United States District Judge

---

[1] The Court understands that the parties had previously proposed a briefing schedule for Plaintiff's motion for a preliminary injunction that would have Defendants oppose the motion on December 13, 2024, and Plaintiff reply on December 20, 2024. *See* Dkt. No. 15 at 2. Given the subsequent filing of Defendants' motion to dismiss and the adjournment of the Initial Pretrial Conference, the parties are not bound by this prior proposal and are free to reconsider it in their meet-and-confer and in the December 13, 2024 joint letter ordered herein.